IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26CR-112-SCR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | |
| JUNIOR GABRIEL ALONZO-MARTINEZ | ) | Violations: 8 U.S.C. §§ 1326(a) and (b)(2) |
| | ) | 8 U.S.C. § 1306(b) |

## THE GRAND JURY CHARGES:

### COUNT ONE
### (ILLEGAL RENTRY BY AN AGGRAVATED FELON -- 8 U.S.C. § § 1326(a) & (b)(2))

On or about April 27, 2026, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

### JUNIOR GABRIEL ALONZO-MARTINEZ,

an alien previously removed from the United States on or about July 18, 2012, at or near Phoenix, Arizona, and on or about December 20, 2023, at or near San Antonio, Texas, was found in the United States after having knowingly entered the United States, without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States and after a conviction for the commission of an aggravated felony.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

### COUNT TWO
### (FAILURE TO NOTIFY ABOUT A CHANGE OF ADDRESS -- 8 U.S.C. § 1306(b))

On or about April 27, 2026, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

### JUNIOR GABRIEL ALONZO-MARTINEZ,

an alien, failed to give written notice to the Attorney General of a change of his address within ten days from the date of such change, as required by 8 U.S.C. § 1305.

In violation of Title 8, United States Code, Section 1306(b).

1

A TRUE BILL:

███████████████

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY

2

Case 3:26-cr-00112-SCR-UMJ    Document 1    Filed 05/20/26    Page 2 of 2